# Court of Appeals
# of the State of Georgia

ATLANTA,___June 09, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0396.  JAMES R. HARPER, III v. STEPHEN R. HARPER et al.

James R. Harper, III seeks discretionary review of the trial court's order awarding OCGA § 9-15-14 attorney's fees to the defendants on their motion to enforce an arbitration agreement and for contempt.  In that order, however, the trial court specifically reserved ruling on the defendants' contempt claim against Harper until further hearing or proceedings.  We, therefore, lack jurisdiction.

Generally, a party must follow the discretionary appeal procedures to appeal the award of OCGA § 9-15-14 attorney's fees.  See OCGA § 5-6-35 (a) (10).  Here, however, the contempt claim remains pending in the trial court.  Because no final judgment has been entered, Harper was required to follow the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court.  See OCGA § 5-6-34 (b); see also *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (408 SE2d 103) (1991).  Although Harper filed an application for discretionary appeal, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).  Harper's failure to follow the interlocutory appeal procedures deprives this Court of jurisdiction to consider this application.  Accordingly, this application is DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___06/09/2016___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*